JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESO HERNANDEZ as an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLE-PIA, INC., a California Corporation; ANTONIO VARIA, an individual, dba BUONA TAVOLA – PASO ROBLES, ALLE-PIA FINE CURED MEATS, and ALLESINA FINE CURED MEATS; and DOES 3 through 10,<br><br>Defendants. | CASE NO.CV 14-677DMG(FFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [17]** |

Pursuant to Plaintiff Tereso Hernandez's Notice of Voluntary Dismissal With Prejudice, IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice, the parties to bear their own costs and fees.

DATE: July 14, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1
ORDER OF DISMISSAL WITH PREJUDICE